**No. 59123.**—John R. Kanter *v.* United States, protest .240048-K (San Francisco).

Opinion by LAWRENCE, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness attaching to the collector's classification. The protest was therefore overruled.

BEFORE THE THIRD DIVISION, JUNE 2, 1955

**No. 59124.**—Ira Furman Co. *v.* United States, protest 209411-K (B) (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 59125.**—Jules Weber, Inc., and Gehrig Hoban & Co., Inc. *v.* United States, protests 214014-K and 243624-K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the articles herein are similar in all material respects to the mustard jars the subject of *Julliard Fancy Foods Co.* v. *United States* (33 Cust. Ct. 1, C. D. 1625), the claim of the plaintiffs was sustained.

**No. 59126.**—L. Bamberger & Co. et al. *v.* United States, protests 222461-K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547 (a); and (b) as to items entered, or withdrawn from warehouse, for consumption subsequent to May 28, 1950, at 10 percent under said paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).